IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DGA
02-11-26

26-9018 mj

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARIO CORNEJO-RAMIREZ, (01),<br>[DOB: 09/24/1986]<br><br>JOSE D. MEDINA, (02),<br>[DOB: 03/06/1981]<br><br>JOSE A. MEDINA, (03),<br>[DOB: 12/16/1999]<br><br>DANNY MEDINA-SANDOVAL, (04),<br>[DOB: 09/03/2001]<br><br>and<br><br>ISAAC AVILA, (05),<br>[DOB: 10/29/1999]<br><br>　　　　　　　　　　Defendants. | Case No. 25-00249-01/05-CR-W-RK<br><br>**COUNT ONE:**<br>*Conspiracy to Distribute Cocaine*<br>*ALL DEFENDANTS*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846<br>NLT: 10 Years' Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT TWO:**<br>*Distribution of Methamphetamine*<br>*Cornejo-Ramirez ONLY*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>NLT: 10 Years' Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT THREE:**<br>*Distribution of Fentanyl*<br>*Cornejo-Ramirez ONLY*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br>NLT: 5 Years' Imprisonment<br>NMT: 40 Years' Imprisonment<br>NMT: $5,000,000 Fine<br>NLT: 4 Years' Supervised Release<br>Class B Felony<br><br>$100 Mandatory Special Assessment<br>Each Count<br><br>ALLEGATION OF CRIMINAL FORFEITURE<br>21 U.S.C. § 853 |

## SUPERSEDING INDICTMENT

| MARIO CORNEJO-RAMIREZ (01) | 1, 2, 3 |
|---|---|
| JOSE D. MEDINA (02) | 1 |
| JOSE A. MEDINA (03) | 1 |
| DANNY MEDINA-SANDOVAL (04) | 1 |
| ISAAC AVILA (05) | 1 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### (Conspiracy to Distribute Cocaine)
### ALL DEFENDANTS

Between on or about January 1, 2021, and November 1, 2023, in the Western District of Missouri and elsewhere, the defendants, **MARIO CORNEJO-RAMIREZ, JOSE D. MEDINA, JOSE A. MEDINA, DANNY MEDINA-SANDOVAL,** and **ISAAC AVILA**, and others, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, and confederate with each other to distribute and possess and attempt to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and 846.

## COUNT TWO
### (Distribution of Methamphetamine)
### Cornejo-Ramirez ONLY

On or about August 17, 2023, in the Western District of Missouri, the defendant, **MARIO CORNEJO-RAMIREZ**, knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT THREE
### (Distribution of Fentanyl)
### Cornejo-Ramirez ONLY

On or about August 17, 2023, in the Western District of Missouri, the defendant, **MARIO CORNEJO-RAMIREZ**, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of committing the controlled substance offense alleged in Count One of this Indictment, **MARIO CORNEJO-RAMIREZ, JOSE D. MEDINA, JOSE A. MEDINA, DANNY MEDINA-SANDOVAL,** and **ISAAC AVILA**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property, real and personal, constituting or derived from any proceeds said defendants obtained directly and indirectly as a result of the violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the said violation, including but not limited to: A money judgment representing all proceeds the defendants obtained directly and indirectly as a result of his or her participation in the drug conspiracy alleged in Count One of this Indictment.

### Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853; and Rule 32.2(a) Federal Rules of Criminal Procedure.

A TRUE BILL.

December 9, 2025
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Ashleigh A. Ragner*
Ashleigh A. Ragner
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America<br>v.<br><br>Jose D. Medina (02)<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 25-00249-02-CR-W-RK<br><br>**RECEIVED**<br>By KManning at 11:17 am, Dec 10, 2025 |
|---|---|---|

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jose D. Medina (02),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   COUNT ONE: 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 (Conspiracy to Distribute Cocaine)

Date: 12/09/2025

*Issuing officer's signature*

City and state:   Kansas City, Missouri

Honorable W. Brian Gaddy, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 25-00249-03-CR-W-RK |
| Jose A. Medina (03) | ) |
| Defendant | ) |

**RECEIVED**
By KManning at 11:17 am, Dec 10, 2025

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jose A. Medina (03),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   COUNT ONE:  21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 (Conspiracy to Distribute Cocaine)

Date:   12/09/2025

*Issuing officer's signature*

City and state:   Kansas City, Missouri

Honorable W. Brian Gaddy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>Danny Medina-Sandoval (04)<br>*Defendant* | )<br>)  Case No. 25-00249-04-CR-W-RK<br>)<br>)<br>)<br>) |

**RECEIVED**
By KManning at 11:17 am, Dec 10, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Danny Medina-Sandoval (04),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 (Conspiracy to Distribute Cocaine)

Date: 12/09/2025

*Issuing officer's signature*

City and state: Kansas City, Missouri

Honorable W. Brian Gaddy, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*